**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA

    *Plaintiff*,       CASE NO. 24-20203

v.      DISTRICT JUDGE SHALINA D. KUMAR
     MAGISTRATE JUDGE CURTIS IVY, JR.

MARCUS SHAUNTRELL BOND,

    *Defendant.*
_____/

## **ORDER REVOKING BOND**

Defendant was previously released on bond, pursuant to the Bail Reform Act, 18 U.S.C. § 3142 et seq.  A pretrial services officer has moved for revocation of bond based on allegations that Defendant violated the conditions of his release. For the reasons stated on the record, the Court finds, under 18 U.S.C. § 3148(b), that there is:

☒ probable cause to believe that Defendant has committed a Federal, State, or local crime while on release (if a felony, a rebuttable presumption arises that no condition or combination of conditions will assure that Defendant will not pose a danger to the safety of any other person or the community); **or**

☐ clear and convincing evidence that Defendant has violated any other condition of release;

**AND**

☐ based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that Defendant will not flee or pose a danger to the safety of any other person or the community; **or**

☒ Defendant is unlikely to abide by any condition or combination of conditions of release.

For these reasons, the bond for Defendant is hereby **REVOKED** and the defendant is **REMANDED** to the custody of the United States Marshal.

**IT IS ORDERED.**

Date: November 7, 2024                         **S/ Curtis Ivy, Jr.**
                                               Curtis Ivy, Jr.
                                               United States Magistrate Judge


## CERTIFICATION

I hereby certify that on November 7, 2024, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send electronic notification to all counsel of record.  A copy was also given in the traditional manner to the U.S. Marshal and Pretrial Services.

By s/ Sara Krause
Case Manager